## Commonwealth *v.* Engle, Appellant.

Before BOD-
LEY, J., without a jury.

Submitted September 9, 1974. *Nino V. Tinari,* for appellant; *Martin J. King,* Deputy District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.